# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3273
_____

MARK ROBERTSON,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


July 8, 2026


PER CURIAM.

   DISMISSED as unauthorized. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark Robertson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.